IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JEFFERY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SELECTQUOTE INSURANCE SERVICES INC.,<br><br>Defendant. | Case No. 4:25-CV00012-FJG |

## JOINT STATUS REPORT

Plaintiff, Jeffery Blubaugh ("Plaintiff"), and Defendant, SelectQuote Insurance Services ("SelectQuote") (together, the "Parties") submit this Joint Status Report pursuant to the Court's August 15, 2025 Order (Doc. 27) and respectfully state as follows:

1. On August 15, 2025, Plaintiff filed a Notice of Settlement advising the Court the Parties had tentatively reached a settlement in this matter and hoped to file appropriate dismissal paperwork within sixty days. Doc. 26.

2. That same day, the Court entered a Text Order directing the Parties "to file either a Stipulation of Dismissal or a Joint Status Report on or before September 29, 2025." *See* Doc. 27.

3. The Parties have finalized their settlement in principle of this matter, including the finalization of settlement documents.

4.     However, the Parties are still working to effect the terms of their settlement and anticipate filing appropriate dismissal paperwork by October 14, 2025, sixty days from the date of Plaintiff's previously filed Notice of Settlement.

Dated: September 29, 2025                                    Respectfully submitted,

| | |
|---|---|
| */s/ Anthony Paronich* | */s/ Katherine E. Horn* |
| Anthony Paronich | Paul M. Croker     #57000 |
| Email: anthony@paronichlaw.com | Katherine E. Horn     #75609 |
| PARONICH LAW, P.C. | ARMSTRONG TEASDALE LLP |
| 350 Lincoln Street, Suite 2400 | 2345 Grand Boulevard, Suite 1500 |
| Hingham, MA 02043 | Kansas City, Missouri 64108-2617 |
| Telephone: (617) 485-0018 | Phone: 816-221-3420 |
| Facsimile: (508) 318-8100 | Fax: 816-221-0786 |
| and | prcoker@atllp.com |
| | khorn@atllp.com |
| M. Cory Nelson, MO # 63357 | |
| MCN Law LLC | and |
| 12433 Antioch Rd. # 25442 | |
| Overland Park, KS 66225 | Bradley J. St. Angelo, Esq. (*PHV*) |
| Email: mcorynelson@mcnlawllc.com | Sessions, Israel & Shartle, LLC |
| Tel: 913-358-5800 | 3838 N. Causeway Blvd., Ste. 2800 |
| | Metairie, LA 70002-7227 |
| *Attorneys for Plaintiff and* | Telephone: (504) 846-7905 |
| *the Proposed Class* | Facsimile: (504) 828-3737 |
| | Email: bstangelo@sessions.legal |
| | |
| | *Counsel for Defendant,* |
| | *SelectQuote Insurance Services* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2025, I electronically filed the above and foregoing using the CM/ECF system, which sent notice of electronic filing to all counsel of record.

                                                                        */s/ Katherine E. Horn*