IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JEFFERY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>SELECTQUOTE INSURANCE SERVICES INC.,<br><br>  Defendant. | Case No. 4:25-CV00012-FJG |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jeffery Blubaugh ("Plaintiff"), and Defendant, SelectQuote Insurance Services ("SelectQuote") (together, the "Parties"), through undersigned counsel, hereby stipulate to the dismissal of this lawsuit with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

Dated: October 14, 2025                                    Respectfully submitted,

*/s/ Anthony Paronich*                                      */s/ Katherine E. Horn*
Anthony Paronich                                             Paul M. Croker         #57000
Email: anthony@paronichlaw.com                               Katherine E. Horn      #75609
PARONICH LAW, P.C.                                           ARMSTRONG TEASDALE LLP
350 Lincoln Street, Suite 2400                               2345 Grand Boulevard, Suite 1500
Hingham, MA 02043                                            Kansas City, Missouri 64108-2617
Telephone: (617) 485-0018                                    Phone: 816-221-3420
Facsimile: (508) 318-8100                                    Fax: 816-221-0786
and                                                          prcoker@atllp.com
                                                             khorn@atllp.com
M. Cory Nelson, MO # 63357
MCN Law LLC                                                  and

| | |
|---|---|
| 12433 Antioch Rd. # 25442 | Bradley J. St. Angelo, Esq. (*PHV*) |
| Overland Park, KS 66225 | Sessions, Israel & Shartle, LLC |
| Email: mcorynelson@mcnlawllc.com | 3838 N. Causeway Blvd., Ste. 2800 |
| Tel: 913-358-5800 | Metairie, LA 70002-7227 |
| | Telephone: (504) 846-7905 |
| *Attorneys for Plaintiff and* | Facsimile: (504) 828-3737 |
| *the Proposed Class* | Email: bstangelo@sessions.legal |
| | |
| | *Counsel for Defendant,* |
| | *SelectQuote Insurance Services* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2025, I electronically filed the above and foregoing using the CM/ECF system, which sent notice of electronic filing to all counsel of record.

                                                     */s/ Katherine E. Horn*